IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 28 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **Cayla Wheaton,**<br>        Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| **Spring Independent School District,**<br>        Defendant, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. **4:25-cv-04335** |

---

# NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff, **Dr. Cayla Wheaton**, appeals to the **United States Court of Appeals for the Fifth Circuit** from the final judgment entered in this action on **July 10, 2026**, including the Order Adopting the Memorandum and Recommendation and dismissing Plaintiff's claims with prejudice.

This appeal is taken pursuant to **28 U.S.C. § 1291** and **Federal Rule of Appellate Procedure 3**.

Respectfully submitted,

**Dr. Cayla Wheaton**
Plaintiff-Appellant (Pro Se)

936-524-3156
Info@drcaylaj.com
330 Rayford Rd #130
Spring, TX 77386
Date: 7/28/2026